CO-386-online
10/03

# United States District Court
# For the District of Columbia

The Medical Team, Inc.  )
                        )
                        )
                        )
          vs   Plaintiff )    Civil Action No._____
                        )
Mike Leavitt           )
                        )
                        )
          Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The Medical Team, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Medical Team, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

MD02823
BAR IDENTIFICATION NO.

Jack L. B. Gohn
Print Name

Ste. 2101  201 N. Charles St.
Address

Baltimore   MD   21201
City          State   Zip Code

410-752-0412 X14
Phone Number