U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Medical Team, Inc.

vs.

Mike Leavitt, Secretary of Health and Human Services

No. 1:06-CV-01139

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:07 pm on June 27, 2006, I served Mike Leavitt, Secretary of Health and Human Services c/o United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Cindy Parker, Paralegal, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     47
HEIGHT-  5'4"
HAIR-    RED
WEIGHT-  220
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 06/29/06
            Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 172834