U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Medical Team, Inc.

vs.

Mike Leavitt, Secretary of Health and Human Services

No. 1:06-CV-01139

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:56 pm on June 27, 2006, I served Mike Leavitt, Secretary of Health and Human Services c/o General Counsel of Department of Health and Human Services at 200 Independence Avenue, SW, Washington, DC 20201 by serving Remie Martin, Paralegal, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     26
HEIGHT-  5'4"
HAIR-    BLACK
WEIGHT-  130
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 06/28/06
Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 172835