UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE MEDICAL TEAM, INC., )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>    Defendant. ) | Civ. Action No. 06-1139 (HHK)<br> ECF |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

    Respectfully submitted,

    /s/

    MEGAN L. ROSE, NC Bar # 28639
    Assistant United States Attorney
    Judiciary Center Building
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 514-7220
    (202) 514-8780 (fax)
    Megan.Rose@usdoj.gov