U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Medical Team, Inc.

vs.

Mike Leavitt

No. 1:06-CV-01139

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:00 n on July 7, 2006, I served Alberto Gonzales, Attorney General at 601 D Street, NW, Washington, DC 20004 by serving David Burroughs, Mailroom Supervisor, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   30
 HEIGHT-   5'8"
   HAIR-   BLACK
 WEIGHT-   160
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  07/07/06
            Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 172833