UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE MEDICAL TEAM, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06CV001139 (HHK) |

**NOTICE OF APPEARANCE**

_____ The Clerk will please enter the appearance of Jonathan C. Brumer as counsel for

the Defendant Secretary of Health and Human Services in the above-captioned action.

                                                 / s /
                                        JONATHAN C. BRUMER
                                        D.C. Bar No. 463328
                                        U.S. Department of Health and Human Services
                                        Office of the General Counsel
                                        Centers for Medicare and Medicaid Services
                                         Division
                                        330 Independence Ave., S.W.
                                        Cohen Building, Room 5344
                                        Washington, D.C. 20201
                                        (202) 205-8703

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I hereby certify that on July 20, 2006, an electronic copy of the foregoing Notice of Appearance will be served on plaintiff's counsel via the United States District Court's Electronic Case Filing program.

    / s /
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/ FAX: (202) 514-8780