UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE MEDICAL TEAM, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, of Health and Human Services, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:06CV001139 (HHK) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Tommy G. Thompson, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendant requests that the deadline for responding be extended thirty (30) days, specifically from August 28 to September 27, 2006. This is Defendant's first request for an enlargement of time, and no scheduling order has been entered in this case. Plaintiff, through counsel, has graciously consented to this motion.

In support of the instant motion, the Secretary states as follows:

1. This action was initiated with the filing of a Complaint on June 22, 2006.

2. The Complaint was served on the office of the United States Attorney for the District of Columbia on June 27, 2006. Thus, the Secretary's response to Plaintiffs' Complaint is currently due by August 28, 2006. Fed. R. Civ. P. 6(a), 12(a)(3)(A).

3. Plaintiff challenges a decision by the Secretary regarding the propriety of a Medicare Fiscal Intermediary's application of the Secretary's Physical Therapy Compensation Guidelines

to the Plaintiff's physical therapist employees and the resulting disallowance. The matters at issue in this action are complex, and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the complaint.

    4. This enlargement is sought due to difficulties in coordinating the varying schedules of government's counsel during the month of August. Specifically, the Assistant United States Attorney assigned to this case, Megan Rose, will be out of the office from August 16, 2006 to August 28, 2006. Upon her return, she will need the additional time to review Defendant's response and confer with the agency. Additionally, the reviewer of the agency's counsel, Jonathan Brumer, will be out of the office on previously scheduled leave from August 28, 2006 to September 6, 2006.

    5. The time requested will accommodate these scheduling issues and allow for the necessary review of the records, consultation, preparation of appropriate responses to the Complaint, and supervisory review. Therefore, the Secretary respectfully requests an enlargement of time of thirty (30) days, up to and including September 27, 2006, within which to respond to the Complaint filed in this action.

    6. This request is made in good faith and not for purposes of delay. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

    A proposed Order is attached.

Respectfully submitted,

_____/ s /_____
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


_____/ s /_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780


JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703/FAX: (202) 401-1405


Counsel for the Secretary