UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE MEDICAL TEAM, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV001139 (HHK) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>ORDER</u>**

Having considered the Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is this _____ day of _____, 2006,

ORDERED that the Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint is hereby granted, and it is further

ORDERED that Defendant shall have through and including September 27, 2006, to answer or otherwise respond to the Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE