UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE MEDICAL TEAM, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 1:06-1139 (HHK) |
| | ) | ECF |
| MICHAEL O. LEAVITT, | ) | |
| Secretary, United States Department of | ) | |
| Health and Human Services, | ) | |
| | ) | |
|     Defendant. | ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/

_____
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
Megan.Rose@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been delivered by Federal Express, this <u>28th</u> day of September, 2006, addressed to:

Jack L. B. Gohn<br>
Gohn, Hankey & Stichel, LLP<br>
Suite 2101<br>
201 N. Charles Street<br>
Baltimore, Maryland 21201.

/s/
_____
Megan L. Rose
Assistant United States Attorney