UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE MEDICAL TEAM, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, of Health and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:06CV001139 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 3, 2006 Minute Order, Defendant Michael O. Leavitt, Secretary of the Department of Health and Human Services ("the Secretary"), and Plaintiff The Medical Team, Inc., by and through the undersigned counsel, hereby submit this Joint Status Report.

1. The Court's October 3, 2006 Minute Order instructed the parties to file a Joint Status Report and proposed schedule for the filing of dispositive motions and related briefing in this action by no later than November 7, 2006.  See October 3, 2006 Minute Order.

2. Since the filing of this action, the parties have been engaged in settlement discussions. The parties have reached an agreement in principle, which will resolve this matter, but the parties are now in the process of finalizing the agreement and reducing it to a mutually acceptable writing.

3. Once a settlement agreement is finalized, the parties will file a Stipulation of Settlement and Dismissal.

4. Consequently, the parties respectfully submit that there is currently no need for the Court to set a schedule for future proceedings, and respectfully request that this not be done, in order to allow them to focus exclusively upon finalizing a settlement agreement.

5. The parties will notify the Court within 30 days as to the status of their efforts to finalize a settlement agreement. If at that time it is apparent that an agreement cannot be finalized, the parties will then submit a proposed briefing schedule.

Respectfully submitted,

_____/ s /_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


_____/ s /_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780


JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703/FAX: (202) 401-1405

Counsel for the Defendant

_____/ s /_____
Jack L.B. Gohn
Gohn, Hichey & Stiche;, LLP
Suite 2101
201 N. Charles Street
Baltimore, MD 21201
(410) 752-9300/FAX: (410) 752-2519

John W. Jansak
Harriman, Jansak & Wylie, P.A.
401 Washington Avenue, Suite 803
Towson, Maryland 21204
(410) 296-8166/FAX: (410) 296-6623

Counsel for the Plaintiff